# IN THE UNITED STATES DISTRICT COURT DISTRICT OF SOUTH DAKOTA

AZAEL DYTHIAN PERALES et al.,

(Plaintiff's)

Vs.

Judicial Council of California et al.,

Governmental Affairs

770 L Street, Suite 1240

Sacramento, CA 95814-3368

HON. TANI CANTIL-SAKAUYE e.g.

Chief Justice of California

Chair of the Judicial Council

MARTIN HOSHINO

Administrative Director

General Advocacy Cory Jasperson e.g. ,

Laura Speed e.g.

Access to Justice/Self-represented Litigants -Alan Herzfeld e.g.

Appellate Law- Daniel Pone e.g

Bench-Bar Coalition - Laura Speed e.g.

Budget - Cory Jasperson e.g.

Andi Liebenbaum e.g.

Civil Procedure - Daniel Pone e.g.

Communications Liaison - Laura Speed e.g.

Court Closures/Service Reduction - Laura Speed e.g.

Court Facilities - Cory Jasperson e.g.

Court Interpreters - Alan Herzfeld e.g.

Court Reporters - Alan Herzfeld e.g.

Court Security - Sharon Reilly e.g.

Criminal Procedure - Sharon Reilly e.g.

Day on the Bench - Laura Speed e.g.

Employment Issues (trial court labor, court staff, retirement- Laura Speed e.g.

Family Law - Alan Herzfeld e.g.

Fiscal Impact of Legislation/Appropriations - Andi Liebenbaum e.g.

Judgeships and Subordinate Judicial Officers - Alan Herzfeld e.g.

Judicial Administration Fellowship Program - Laura Speed e.g.

Judicial Conduct - Laura Speed e.g.

Judicial Education- Laura Speed e.g.

Judicial Elections - Laura Speed e.g.

Judicial Service - Laura Speed e.g.

Jury Issues - Sharon Reilly e.g.

Daniel Pone e.g.

Juvenile Delinquency - Alan Herzfeld e.g.

Juvenile Dependency Alan Herzfeld e.g.

Probate and Mental Health Daniel Pone e.g.

Redistricting/Judicial Redistricting- Laura Speed e.g.

State Bar/Practice of Law - Daniel Pone e.g.

Traffic Law - Sharon Reilly e.g.

& Andi Liebenbaum e.g.

California Supreme Court et al.,
350 McAllister St,
Room 1295
San Francisco, CA 94102

Chief Justice Tani Gorre Cantil-Sakauye e.g.
Honorable Kathryn M. Werdegar
Honorable Ming W. Chin
Honorable Carol A. Corrigan
Honorable Goodwin H. Liu
Honorable Mariano-Florentino Cuéllar
Honorable Leondra R. Kruger


U.S. Department of the Treasury et al.,
450 Golden Gate Avenue
San Francisco, CA 94102

U.S. Department of the Treasury et al.,
200 Bush Street, Suite 101
San Francisco, CA 94104

U.S. Department of the Treasury et al.,
300 N. Los Angeles Street, Suite 4334
Los Angeles, CA 90012


DEPUTY COMMISSIONER, OPERATIONS SUPPORT
DEPARTMENT OF THE TREASURY
1800 F. Street, NW
Washington, DC 20405-0002
WASHINGTON, D.C. 20220

Gregory D. Kutz Acting Deputy Inspector General for Inspections and Evaluations
Kevin Riley, Director- Meredith McDaniel, Supervisory Auditor-
Kyle Bambrough,-Lead Auditor
Frank O'Connor, Senior Auditor
Commissioner Office of the Commissioner – Attn: Chief of Staff Chief Agency-Wide Shared Services Director, Facilities Management and Security Services Director, Office of Audit Coordination

3

Gregory D. Kutz, Acting Deputy Inspector General for Inspections and Evaluations Phil Shropshire, Director Heather Hill, Supervisory Evaluator Earl Charles Burney, Lead Program Analyst Gene Luevano, Senior Auditor
Commissioner C Office of the Commissioner – Attn: Chief of Staff C Deputy Commissioner for Services and Enforcement SE Director, Collection, Small Business/Self-Employed Division SE:S:C Director, Office of Audit Coordination OS:PPAC

U.S. Department Of The Treasury, Internal Revenue Service
Atlanta, GA 30308
Michael E. McKenney Deputy Inspector General for Audits
COMMISSIONER, WAGE AND INVESTMENT DIVISION


Kenneth C. Corbin, Commissioner-Wage and Investment Division
Russell P. Martin, Assistant Inspector General for Audit (Returns Processing and Account Services) Deann L. Baiza, Director Kathleen A. Hughes, Audit Manager Linda M. Valentine, Lead Auditor Tracy M. Hernandez, Senior Auditor Lance J. Welling, Information Technology Specialist (Data Analytics) Nathan J. Cabello, Auditor
Commissioner Office of the Commissioner – Attn: Chief of Staff Deputy Commissioner for Services and Enforcement Commissioner, Wage and Investment Division Director, Return Integrity and Compliance Services, Wage and Investment Division Director, Submission Processing, Wage and Investment Division Director, Office of Audit Coordination


Treasury Inspector General for Tax Administration
P.O. Box 589 Ben Franklin Station
Washington, D.C. 20044-0589


Treasury Inspector General for Tax Administration
Hotline
P.O. Box 589
Ben Franklin Station
Washington, DC 20044-0589

& All Related Defendants

(Defendants)

## JURISTICTION

### Article 3 Section 2 of The U..S. Constitution.

The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, and the Laws of the United States.

Date: <u>July 20, 2017</u>　　　　　Signature_____

　　　　　　　　　　　　　　　　　　Name: <u>AZAEL DYTHIAN PERALES</u>
　　　　　　　　　　　　　　　　　　　　　(Typed or Print)
Telephone: (714)732-8532　　Address: <u>P.O. Box 501 Fullerton, California 92836</u>

5

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED Article III, Section 2 of the U.S.

Constitution provides that "[t]he judicial Power shall extend to all Cases, in Law and Equity, arising under * * * the Laws of the United States * * *." The pertinent provisions of 42 U.S. Code § 1983 - Civil action for deprivation of rights.

The mere statutory injury-in-law—standing alone—is sufficient to satisfy the Article III injury.

Date: <u>July 20, 2017</u>     Signature_____

                                Name: <u>AZAEL DYTHIAN PERALES</u>
                                            (Typed or Print)

Telephone: (714)732-8532     Address: <u>P.O. Box 501 Fullerton, California 92836</u>

6