## Appellate Courts Case Information

### CALIFORNIA COURTS
THE JUDICIAL BRANCH OF CALIFORNIA

4th Appellate District Division 3

Change court ▾

*Court data last updated: 11/26/2014 10:38 AM*

**Case Summary**

Trial Court Case:      FL895849
Court of Appeal Case: **G046026**
Division:
Case Caption:         Perales v. Wilshire Restaurant Group
Case Type:            CV
Filing Date:          11/07/2011
Oral Argument
Date/Time:

**Cross Referenced Cases:**

No Cross Referenced Cases Found

**Click here** to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy    © 2014
Judicial Council of California / Administrative Office of the Courts

## Appellate Courts Case Information

**CALIFORNIA COURTS**
THE JUDICIAL BRANCH OF CALIFORNIA

4th Appellate District Division 3

Change court ▾

*Court data last updated: 11/26/2014 10:38 AM*

**Parties and Attorneys**

**Perales v. Wilshire Restaurant Group**
**Case Number G046026**

| Party | Attorney |
|---|---|
| Azael Dythian Perales : Petitioner<br>P.O. Box 501<br>Fullerton, CA 92836-0501 | Pro Per |
| The Superior Court of Orange County : Respondent<br>Hon. Glenn Mahler<br>700 Civic Center Dr West<br>Santa Ana, CA 92701 | Pro Per |
| Wilshire Restaurant Group : Real Party in Interest | |

**Click here** to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy   © 2014
Judicial Council of California / Administrative Office of the Courts

California Courts - Appellate Court Case Information

## Appellate Courts Case Information

**CALIFORNIA COURTS**
THE JUDICIAL BRANCH OF CALIFORNIA

4th Appellate District Division 3

Change court ▾

*Court data last updated: 11/26/2014 10:38 AM*

**Trial Court**

**Perales v. Wilshire Restaurant Group**
**Case Number G046026**

| | |
|---|---|
| Trial Court Name: | Orange County Superior Court – Main |
| County: | Orange |
| Trial Court Case Number: | FL895849 |
| Trial Court Judge: | Mahler, Glenn |
| Trial Court Judgment Date: | 10/21/2011 |

**Click here** to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy   © 2014
Judicial Council of California / Administrative Office of the Courts

**Appellate Courts Case Information**

**CALIFORNIA COURTS**
THE JUDICIAL BRANCH OF CALIFORNIA

4th Appellate District Division 3

Change court ▾

*Court data last updated: 11/26/2014 10:38 AM*

**Docket (Register of Actions)**

**Perales v. Wilshire Restaurant Group**
**Case Number G046026**

| Date | Description | Notes |
|------|-------------|-------|
| 11/07/2011 | Filed petition for writ of: | ⋆ criminal and civil mandamus Petitioner: Azael Dythian Perales |
| 11/14/2011 | Received copy of: | to California Superior Court from petitioner |
| 11/23/2011 | Order denying petition filed. | The petition for a writ of mandate is DENIED. Rylaarsdam/O'Leary/Fybel |
| 11/23/2011 | Case complete. | |
| 04/13/2012 | Record shipped to records center | List 95, Box 611622178. |

**Click here** to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy   © 2014
Judicial Council of California / Administrative Office of the Courts

## Appellate Courts Case Information

**CALIFORNIA COURTS**
THE JUDICIAL BRANCH OF CALIFORNIA

4th Appellate District Division 3

Change court ▾

*Court data last updated: 11/26/2014 10:38 AM*

**Disposition**

**Perales v. Wilshire Restaurant Group**
**Case Number G046026**

| | |
|---|---|
| **Description:** | Petition summarily denied by order |
| **Date:** | 11/23/2011 |
| **Status:** | Final |
| | Rylaarsdam/O'Leary/Fybel |
| **Publication Status:** | |
| **Author:** | |
| **Participants:** | |
| **Case Citation:** | none |

**Click here** to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy   © 2014
Judicial Council of California / Administrative Office of the Courts



State of California
**Commission on Judicial Performance**
455 Golden Gate Avenue, Suite 14400
San Francisco, CA 94102-3660
(415) 557-1200
FAX (415) 557-1266
Web Site: http://cjp.ca.gov

June 18, 2012

Azael D. Perales
P.O. Box 501
Fullerton, CA 92836

Dear Mr. Perales:

This letter is to acknowledge receipt of your recent complaint against a California judge(s). We are presently reviewing this information and you will be advised in writing, at a later date, of the Commission's action in this matter.

Very truly yours,

Sarah Herbert
Secretary to Staff Counsel

Confidential under California Constitution,
Article VI, Section 18, and Commission Rule 102



**STATE
PERSONNEL
BOARD**



801 Capitol Mall Sacramento, CA 95814  |  866-844-8671  |  www.spb.ca.gov

Governor Edmund G. Brown Jr.

Telephone: 916-653-0799
Facsimile: 916-654-6055
TDD: 916-654-2360

January 18, 2012

Azael Dythian Perales
P.O. Box 501
Fullerton, CA 92836-0501

  Re: *January 12, 2012, Complaint*

Dear Azael Dythian Perales:

Your January 12, 2012, complaint to Executive Officer, Suzanne Ambrose, of the California State personnel Board, has been directed to me for response. Our review of materials submitted finds that action you request is outside the jurisdiction of SPB as established by the Civil Service Act. SPB does not have the authority to enforce a Superior Court order. Therefore, SPB will take no further action in this matter.

Sincerely,

Richard E. Silva, Jr.
Merit Appeals Section Chief



# City and County of San Francisco
# Civil Grand Jury 2011-2012

March 5, 2012

Azael Dythian Perales
P.O. Box 501
Fullerton, CA 92836

Re:    Communication with the 2011-2012 San Francisco Civil Grand Jury

Dear Mr. Perales:

Thank you for your recent communications with the 2011-2012 San Francisco Civil Grand Jury. The Civil Grand Jury appreciates your communication and will take the matter under advisement.

As you may know, proceedings of the Civil Grand Jury are confidential. Findings and Recommendations of the Civil Grand Jury are published following submission to and approval by the Presiding Judge of the Superior Court. You may find reports published by the Civil Grand Jury on its website at http://sfsuperiorcourt.org/index.aspx?page=212.

Should the Grand Jury require additional information, we may contact you. Please be advised that any such contact would also be confidential under law.

Thank you again for contacting the 2011-2012 San Francisco Civil Grand Jury.

Very truly yours,

Umung Varma
Foreperson
2011-2012 San Francisco Civil Grand Jury

Superior Court of California, San Francisco County
Civic Center Courthouse
400 McAllister Street, Room 008
San Francisco, CA 94102
(415) 551-3605



## ORANGE COUNTY GRAND JURY

700 CIVIC CENTER DRIVE WEST • SANTA ANA, CALIFORNIA 92701 • 714/834-3320
www.ocgrandjury.org • FAX 714/834-5555

March 6, 2012

Azael D. Perales
P.O. Box 501
Fullerton, CA  92836

Dear Mr. Perales:

The 2011-2012 Orange County Grand Jury received your correspondence.  Your concerns will be carefully reviewed and considered.

The Grand Jury welcomes communication from members of the community. The Grand Jury will review the information provided in your letter.  If the matter is within the legally permissible scope of its review powers and of sufficient priority to warrant further inquiry, it may confidentially contact those individuals who are able to provide information.

If, on the other hand, a matter is determined not to be within the Grand Jury's authority to investigate (e.g., a matter involving the federal or state government rather than local government, or a private dispute), or not of the highest priority considering the competing demands on the Grand Jury, there will be no further review by the Grand Jury.

The 2011-2012 Grand Jury appreciates and thanks you for your interest in its work and for your correspondence.

Sincerely,

Roy B. Baker III
Foreman
2011-2012 Grand Jury

RBB:dv



Don Prange Sr.
Foreman

Richard Barbar

Terry Carter

Nancy Davenport

Robert DeVoe

Lois Graham

Donald Katz

Richard Kellough

Paul McAmis

Patricia McCauley

Ralph Merrill

William Motmans

Bonnie Parrett

Marilyn Siefker

Kathryn Smith

Jean Thoutte

Robbie Waters

Anne Wolfe

Karen Young

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SACRAMENTO
### Grand Jury

March 6, 2012

Azael Perales
P.O. Box 501
Fullerton, CA 92836

Dear Mr. Perales:

On behalf of the Sacramento County Grand Jury, I acknowledge the receipt of your complaint.

The complaint submitted does not fall within the Sacramento County jurisdiction. The Grand Jury reviews all inquiries to determine whether to conduct an investigation or take any action. While the Jury takes each request seriously, not all can be investigated because of legal restrictions, resource limitations, or a variety of other reasons. By law, the work of the Grand Jury is confidential and we cannot respond individually regarding what action, if any, is decided upon with respect to your complaint. If your request is investigated, you may or may not be contacted by one of our committees. In all cases in which the Grand Jury takes formal action, its concerns and recommendations will appear in its final report issued by June 30 each year.

Thank you for taking the time to contact our office.

Sincerely,

DONALD PRANGE SR., Foreman
2011-2012 Sacramento County Grand Jury

DP/bc

GJ/I-2 (rev. 09.16.10)          Non Jurisdiction Letter

(Mailing Address) 720 Ninth Street • Room 611 • Sacramento, CA 95814
(916) 874-7559 • FAX (916) 874-8025 • www.sacgrandjury.org



Alameda County
# Grand Jury

1401 Lakeside Drive
Suite 1104
Oakland, California 94612

510.272.6259
fax 510.465.9647
www.acgov.org/grandjury

March 7, 2012

Mr. Azael Perales
PO Box 501
Fullerton, CA 92836-0501

Dear Mr. Perales:

The Alameda County Grand Jury received your complaint on March 7, 2012. The Grand Jury welcomes communication from the public because citizens can provide valuable information to the Grand Jury regarding matters for investigation.

The information you have provided will be carefully reviewed to assist the Grand Jury in deciding what action, if any, to take. If the matter is determined not to be within the Grand Jury's authority to investigate (e.g., a matter involving federal or state agencies or institutions, courts or court decisions, or a private dispute), there will be no further contact by the Grand Jury. If the matter is within the legally permissible scope of the Grand Jury's investigative powers and warrants further investigation, the Grand Jury will confidentially contact those individuals or entities who may be able to provide additional information.

By law, the Grand Jury is precluded from communicating the results of its investigation, except in one of its formal public reports. All communications are considered, but may not result in any action or report by the Grand Jury.

Sincerely,

RUSSELL G. MILLER, Foreman
2011-2012 Alameda County Grand Jury

encl



**County of Los Angeles**
# CIVIL GRAND JURY

CLARA SHORTRIDGE FOLTZ CRIMINAL JUSTICE CENTER
210 WEST TEMPLE STREET • ELEVENTH FLOOR • ROOM 11-506 • LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 893-1047 • FAX (213) 229-2595
http://www.grandjury.co.la.ca.us/

March 8, 2012

Azael Dythian Perales
P.O. Box 501
Fullerton, California 92836

Dear Mr. Perales:

Your letter to the 2011-2012 Los Angeles County Civil Grand Jury, dated March 2, 2012, has been received. The Grand Jury's review of the issues raised in your letter may or may not result in an investigation, but in any event, this letter will probably be the only written response you will receive.

Please do not contact the Civil Grand Jury by telephone or in writing to inquire about the status of your matter. The Grand Jury is prohibited by law from communicating the results of any investigation to you personally, although a written report of all Grand Jury investigations is available to the general public when published at the end of June.

Please be advised that the Civil Grand Jury has no legal jurisdiction or authority to investigate federal agencies, state agencies, private entities, or the courts. Only local governments within Los Angeles County are subject to review by the Grand Jury.

Sincerely,

Staff to the Los Angeles County Civil Grand Jury

**GRAND JURY**



Hall of Justice
600 Union Ave
Fairfield, California 94533
(707) 435-2575
Fax: (707) 435-2566

cdclower@solano.courts.ca.gov

March 15, 2012

Azael Dythian Perales
P O Box 501
Fullerton, CA 92836

Re:   **Complaint of March 2012**

Dear Mr. Perales:

This letter is to acknowledge receipt of your complaint.   Your request will be reviewed by the Solano County Grand Jury.   Should you have any additional information, please forward it for inclusion with the complaint file.

Law and policy prohibit the Grand Jury from disclosing **any aspect of the inquiry. Findings and recommendations, if any, may be contained in a final report published at the end of the fiscal year**.   Be assured that your identity will only be known to the Grand Jury.   We are sworn to secrecy to ensure confidentiality of your identity and any information you may supply to us.

Thank you for the opportunity to serve you.

Sincerely,

Wayne Goodman
Foreperson
2011-2012 Grand Jury

WG/cdc



# Shasta County

## GRAND JURY

P. O. BOX 992086
REDDING, CA 96099-2086
VOICE MAIL: (530) 225-5098

March 16, 2012

Mr. Azael Perales
P. O. Box 501
Fullerton, Ca. 92836-0501

Dear Mr. Perales:

This letter is to acknowledge receipt of your correspondence received 3-7-12. Thank you for taking the time to provide this information to the Grand Jury regarding a matter that concerns you.

This matter does not fall within the jurisdiction of the Grand Jury as defined in the California Penal Code.

Based on the California Penal Code, all information and documents submitted with this complaint are permanent part of the Grand Jury files and as such may not be released to any entity. Once again, thank you for your interest in government.

Sincerely,

Pat Arnold
Foreperson

sj



# PLACER COUNTY GRAND JURY

11490 C Avenue
Auburn, CA 95603

Phone: (530) 886-5200
Fax: (530) 886-5201
Email: grandjury@placer.ca.gov

March 21, 2012

Azael D. Perales
P.O. Box 501
Fullerton, CA 92836-0501

Dear Azael Perales,

The Placer County Grand Jury reviewed your complaint and all information that you provided us. We determined that the subject of your request is not within our jurisdiction. Therefore, the Grand Jury will take no further action.

Sincerely,

John Wilhelm
Foreman
Placer County Grand Jury

A-17

:djl



**DEL NORTE COUNTY GRAND JURY**
450 H Street, Box 1
Crescent City, CA 95531

March, 21 2012

Azael D. Perales
P.O. Box 501
Fullerton, CA 92836-0501

Dear Azael:

This letter is to acknowledge receipt of your correspondence dated March 2, 2012.  Thank you  for
taking the time to provide this information to the grand jury regarding a matter that concerns you.

Upon completing our review we have determined that no further action will be taken as this matter
involves a federal or state agency or institution and the grand jury has no jurisdiction in this matter.
We believe there may be a more appropriate course of action you may take in this matter.  You
may wish to contact the agency involved or seek legal counsel.

Based on the California Penal Code, all information and documents submitted with this complaint
are now a permanent part of the grand jury files and as such may not be released to any entity.
Once again, thank you for demonstrating your interest in our local government.

Sincerely,

Ben Cameron, Foreperson

BC:kk

- 1 -



# GRAND JURY

March 22, 2012

Azael Dythian Perales et al.
P.O. Box 501
Fullerton, CA  92836

Dear Mr. Perales:

The San Luis Obispo County Grand Jury has reviewed your complaint received on March 14, 2012. The Grand Jury finds that your complaint falls outside the limits of its jurisdiction and therefore we cannot take further action on your request.

Please note that the Jury has no authority to investigate federal agencies, state agencies (other than prisons), state hospitals, private companies or the courts. In addition, the Grand Jury's scope is limited to investigations of the methods, systems and procedures of those agencies within its purview.

Your complaint will be kept on file, and your identity will remain confidential, as well as any information you may have supplied.

Sincerely,

Norman A. Baxter, Foreperson
San Luis Obispo County 2011-2012 Grand Jury

NB:sm/40



# STANISLAUS COUNTY CIVIL GRAND JURY

Post Office Box 3387 • Modesto, California 95353 • (209) 558-7766 • Fax (209) 558-8170

March 28, 2012

Azael Dythian Perales
P. O. Box 501
Fullerton, CA  92836

Dear Mr. Perales

The Stanislaus County Civil Grand Jury received your complaint dated March 2, 2012.  It was determined that your complaint pertains to matters outside the jurisdiction of this grand jury.  Therefore, the Stanislaus County Civil Grand Jury will take no further action on this matter.

Sincerely,

Benny Del Re
Civil Grand Jury Foreperson
Fiscal Year 2011-2012



MARIPOSA COUNTY COURT HOUSE

# Mariposa County Grand Jury

P.O. Box 789
Mariposa, California

March 30, 2012

Azael Perales
P.O. Box 501
Fullerton, CA 92836-0501

Dear Mr. Perales:

Enclosed is the Mariposa Grand Jury response to your complaint filed 3/18/12. We appreciate your concerns regarding the operation of government agencies.

Sincerely,

Lawrence D. Walton, Grand Jury Foreman

LDW:rck

Date Received 3/18/12

Complaint: California State Personnel Board
The Complaint alleges criminal violations contained in California Penal Code, Sections: 137(b), 140(a), 142. (4),145, 146, 147, 148, 148.1, 149, 151, 153, 154, 155, 155.5, 165, 166, 181, 188, 401, 362, and 166. (4). It also alleges violation of California Civil Code Section 52.3 (a).

Authority for Investigation: None

Findings: The complaint addresses a State of California Government Agency. Attached civil documents indicate defendant as "California State Personnel Board." There are no documents or included information to indicate any connection to a government agency operating within the confines or Mariposa County.

Conclusions: This Grand Jury does not have investigative jurisdiction in this matter. California Penal Code Sections 925-933.6 limit oversight of government agencies whose jurisdiction encompasses all or part of the county where the Grand Jury is established.

Recommendations: No Mariposa County Grand Jury involvement in this matter.



**COUNTY OF KINGS**
**GRAND JURY**
County of Government Center
1400 W. Lacey Blvd.
Hanford, CA 93230
Tel. No.(559) 582-3211 ext. 2892
Fax No. (559)587-9502

April 3, 2012

Azael Dythian Perales
P.O. Box 501
Fullerton, Ca 92836

Dear Mr. Perales,

The Kings County Grand Jury of 2011-2012 has received your letter of complaint dated:  March 2, 2012.  This letter is to notify you that your complaint is being reviewed.  Please be aware that your concerns will be given full consideration.

Your complaint number is: 125-1112

Sincerely,

Tony W. Collins
Foreperson

TWC:jkw



**Superior Court of California**
**County of Siskiyou**

**SISKIYOU COUNTY CIVIL GRAND JURY**
P.O. Box 488, Yreka, CA 96097-1026  (530) 842-8330  Fax (530) 842-8339

April 4, 2012

Azael Dythian Perales
P.O. Box 501
Fullerton, CA 92836

Re:   Your Complaint to the Siskiyou County Civil Grand Jury
      Re: California State Personnel Board, et al.

Dear Mr. Perales:

This is to let you know that the above complaint, dated March 2, 2012, has been received by the Siskiyou County Civil Grand Jury (2011-2012).

Unfortunately, we will not be able to investigate your complaint. Our investigatory jurisdiction is limited to Siskiyou County. The agency you are complaining against is a state agency, over which we have no jurisdiction. Your supporting papers list a number of other defendants, all of which are either state agencies, another county or the federal government.

I am sorry we will not be able to pursue this matter.

Very truly yours,

Larry Holben
Foreperson



# Tulare County Grand Jury

5963 South Mooney Boulevard
Visalia, CA 93277

(559) 624-7295 • Fax (559) 733-6078

April 4, 2012

Azael D. Perales
P.O. Box 501
Fullerton, CA 92836-0501

Dear Mr. Perales,

Please find enclosed your Grand Jury Complaint Form and supporting documents that you mailed to the Tulare County Grand Jury. We are returning your documentation back to you because this is out of the jurisdiction of Tulare County. We would suggest that you send your Complaint Form to your county's grand jury or contact your counsel for their legal advice.

Thank you,

Lino Moran, Foreman
2011-12 Tulare County Grand Jury



# County of Santa Cruz

**Grand Jury**
701 Ocean Street, Room 318-I
Santa Cruz, CA 95060
(831) 454-2099

April 4, 2012

Azael Dythian Perales
P. O. Box 501
Fullerton, CA  92836

Re:  Complaint dated on or about 3/2/12

Dear Mr. Perales:

The Santa Cruz County Grand Jury received your e-mail inquiry on or about March 2, 2012  and
determined that the subject of your request is not within our jurisdiction, therefore, no action will be
taken.

Law and policy prohibit the Grand Jury from disclosing any aspect of an inquiry.  Recommendations, if
any, may be contained in the Grand Jury Final Report.

Be assured that your identity will be known only to the Grant Jury.  We are sworn to secrecy to ensure
confidentiality of your identity and any information you supply to us.

Sincerely,

Jay Leite,
Foreperson, Santa Cruz County Grand Jury



# THE SONOMA COUNTY CIVIL GRAND JURY

P.O. Box 5109 Santa Rosa California 95402 (707) 565-6330
www.sonomagrandjury.org

April 7, 2012

Azael Perales
P.O. Box 501
Fullerton, CA  92836-0501

Mr. Perales:

The topic of your complaint received March 27, 2012 is not within the jurisdiction of the
Sonoma County Civil Grand Jury.  Therefore, the Jury will take no further action on this
matter.

Sincerely,

Steve Larsen
Foreperson, Sonoma County Civil Grand Jury



**Madera County Grand Jury**

P. O. Box 534, Madera, CA 93639
Tel. 559-662-0946
info@maderagrandjury.org


April 11, 2012


Azael Dythian Perales
P.O. Box 501
Fullerton, CA  92836

Dear Mr.Perales,

The Madera County Grand Jury reviewed your complaint and all of the information you
provided.  We determined that the subject of your request is not within our jurisdiction;
therefore, no action will be taken.

Rest assured that your identity will be known only to the Grand Jury.  We are sworn to
secrecy to ensure confidentiality of your identity and any information you supply to us.


Regards,

Ralph Capone
Foreman,
2011-2012 Madera County Grand Jury

**Response to Citizen Complaint filed with the Lassen County Grand Jury**

Date: April 13, 2012

Complainant's Name:  Mr. Azael  Perales

Address: Po Box 501, Fullerton, Ca. 92836-0501

Thank you for submitting your written complaint correspondence to the Lassen County Grand Jury. All Citizen Complaints are treated as confidential correspondence. All  persons who appear before the Civil Grand Jury or who communicate with the Civil Grand Jury in writing are protected by strict rules of confidentiality.

Communications from the public can provide valuable information to the Civil Grand Jury, which may prompt an investigation of a government agency. Any citizen may submit concerns regarding mistreatment, suspicious misconduct or inefficiencies to the Civil Grand Jury for consideration on a Citizen Complaint.

The Lassen County Civil Grand Jury, at its discretion, inquires into citizen complaints regarding government agencies and officials to identify practices in government that need improvement. The ultimate goal of the Civil Grand Jury is to improve government in Lassen County and make public officials responsive to the people.

Please be advised that;

-The Grand Jury does not investigate all complaints received. Investigations are at the discretion of the Grand Jury.

-Investigation of your complaint cannot be confirmed; all investigations remain confidential until the Civil Grand Jury decides to include the findings in the final report.

-Anonymous complaints may not be responded to if the Grand Jury is unable to contact you for additional information related to the complaint.

-The Grand Jury cannot investigate disputes between individual private parties.

Thank you again for your correspondence to the Lassen County Civil Grand Jury.

Lassen County Civil Grand Jury foreman.

# MONTEREY COUNTY CIVIL GRAND JURY
### P. O. BOX 414, SALINAS, CA 93902   831/775-5400 EX 3014

April 18, 2012

Azeal D Perales
P. O. Box 501
Fullerton, CA  92836

Re:  Citizen Complaint

Dear Mr. Perales

      Your correspondence of March 2, 2012, has been received by the Monterey County Civil Grand Jury.  Thank you for taking the time and making the effort to bring this matter to our attention.  The matter will be immediately referred to the appropriate committee for review.  After reviewing this matter, the committee will report back to the full Grand Jury, and the Grand Jury as a whole will decide whether or not to pursue an investigation.

      The Grand Jury is prohibited by law from disclosing any aspect of an inquiry except as published in a final report.  Because of this, you will not receive any oral or written acknowledgement from the Grand Jury as to whether an investigation was or was not conducted regarding this matter.  If additional information is needed, you will be contacted by the Grand Jury.  The final report is a public document, and is kept on file with the Clerk of the Superior Court when published.

Sincerely

*Melissa Duflock*

Melissa Duflock
Foreperson
Monterey County Civil Grand Jury



# Marin County Civil Grand Jury

4/18/12

Azael Perales
P.O. Box 501
Fullerton, CA 92836-0501

Re: Acknowledgment of Request for Investigation by the Marin County Civil Grand Jury .

Dear Azael:

I am returning your documentation sent to me recently.  I passed it by my Legal department and we all agree that we most likely received this in error.  I am returning your documentation in case you want to send it elsewhere.

I hope your Grand Jury has been as exceptional as ours has been here in Marin.

Sincerely,

*Michael Chernock*

Michael M. Chernock, Foreperson
*2011-2012 Marin County Civil Grand Jury*

*Forepersonmike@chernockassociates.com*
*Home: 415.897.0907*
*Cel:   415.533.0403*

---

*3501 Civic Center Drive, Room 245, San Rafael, CA 94903   Tel: 415-499-6132*

# CALAVERAS COUNTY GRAND JURY

**P.O. Box 1414**
**SAN ANDREAS, CALIFORNIA 95249**
**Phone 209-754-5860**

May 2, 2012

Azael Perales
PO Box 501
Fullerton, CA  92836

Re:    Complaint received April 4, 2012

Dear Mr. Perales:

This will acknowledge receipt of your complaint against CA State Personnel Board. The
Calaveras County Grand Jury will not investigate your complaint as it is out of our
jurisdiction.

Sincerely,

Dan McPherson
Foreperson, Calaveras County 2011-2012 Grand Jury



**G R A N D  J U R Y**
SANTA CLARA   COUNTY

May 3, 2012

Azael Dythian Perales
P.O. Box 501
Fullerton, CA  92836

Dear Azael Kythian Perales:

The 2011-2012 Santa Clara County Civil Grand Jury has considered the matter of your complaint dated March 2, 2012.  It is the judgment of the Grand Jury that the topic of your complaint is not properly within its province.  Accordingly, the Grand Jury is taking no further action.

Sincerely,

KATHRYN G. JANOFF
Foreperson
2011-2012 Civil Grand Jury

KGJ:dsa

# GRAND JURY
## County of Yolo
P.O. Box 2142
Woodland, California 95776

May 3, 2012

Ms. Azael Perales
P.O. Box 501
Fullerton, CA  92836-0501

Dear Ms. Perales,

On behalf of the Yolo County Grand Jury, this is to acknowledge receipt of your complaint.

We appreciate your interest in the Grand Jury process, however, this body can only investigate agencies/entities within the jurisdiction of Yolo County, excluding state and federal agencies.

The confidentiality of your correspondence will continue to be maintained.

Sincerely,

Marcella Harrison
Foreperson, 2011-2012

phone: 530-406-5088
e-mail: grand-jury@sbcglobal.net

| County | Address | City | Zip |
|---|---|---|---|
| Alameda County Grand Jury | 1401 Lakeside Dr., Ste. 1104 | Oakland | 94512- |
| Alpine County Grand Jury | P.O. Box 102 | Markleeville | 96120- |
| Amador County Grand Jury | P.O. Box 249 | Jackson | 95642-0249 |
| Butte County Grand Jury | P.O. Box 110 | Oroville | 95965-3344 |
| Calaveras County Grand Jury | P.O. Box 1414 | San Andreas | 95249- |
| Colusa County Grand Jury | 532 Oak Street | Colusa | 95932- |
| Contra Costa County Grand Jury | P. O. Box 911 | Martinez | 94553-0911 |
| Del Norte County Grand Jury | 450 H Street | Crescent City | 95531- |
| El Dorado County Grand Jury | P.O. Box 472 | Placerville | 95667-0472 |
| Fresno County Grand Jury | 1100 Van Ness, Rm. 102 | Fresno | 93721- |
| Glenn County Grand Jury | 526 W. Sycamore Street | Willows | 95998- |
| Humboldt County Grand Jury | 825 Fifth Street | Eureka | 95501- |
| Imperial County Grand Jury | P. O. Box 2011 | El Centro | 92243-2842 |
| Inyo County Grand Jury | P.O. Box 401 | Independence | 93526- |
| Kern County Grand Jury | 1415 Truxton Avenue | Bakersfield | 93301- |
| Kings County Grand Jury | P. O. Box 1562 | Hanford | 93232- |

→ = RECEIVED COPY OF GRAND JURY COMPLAINT

13

| Lake County Grand Jury | P.O. Box 1078 | Kelseyville | 95451-1678 |
|---|---|---|---|
| Lassen County Grand Jury | 220 S. Lassen St., Suite 6 | Susanville | 96130- |
| Los Angeles County Civil Grand Jury | 210 W. Temple Street, 11th floor, Room 506 | Los Angeles | 90012- |
| Madera County Grand Jury | 209 W. Yosemite Ave. | Madera | 93637- |
| Marin County Grand Jury | P. O. Box 4988 | San Rafael | 94913-4988 |
| Mariposa County Grand Jury | P.O. Box 789 | Mariposa | 95338- |
| Mendocino County Grand Jury | P.O. Box 939 | Ukiah | 95482- |
| Merced County Grand Jury | P.O. Box 2034 | Merced | 95344- |
| Modoc County Grand Jury | 205 S. East Street | Alturas | 96101- |
| Mono County Grand Jury | P.O. Box 978 | Mammoth Lakes | 93546- |
| Monterey County Grand Jury | P.O. Box 414 | Salinas | 93902- |
| Napa County Grand Jury | P.O. Box 5397 | Napa | 94581- |
| Nevada County Grand Jury | 950 Maidu Avenue | Nevada City | 95959- |
| Orange County Grand Jury | 700 Civic Center Dr. West | Santa Ana | 92702- |
| Placer County Grand Jury | 11490 "C" Avenue | Auburn | 95603- |
| Plumas County Grand Jury | P.O. Box 784 | Quincy | 95971- |
| Riverside County Grand Jury | P.O. Box 829 | Riverside | 92502- |
| Sacramento County Grand Jury | 720 Ninth Street | Sacramento | 95814- |
| San Benito County Grand Jury | P.O. Box 1624 | Hollister | 94024-1624 |
| San Bernardino County Grand Jury | 351 N. Arrowhead Ave.,   Dept. 5 | San Bernardino | 92415- |
| San Diego County Grand Jury | 330 W. Broadway, Rm. 477 | San Diego | 92101-3830 |
| San Francisco County Grand Jury | 400 McAlister Street | San Francisco | 94102- |
| San Joaquin County Grand Jury | 222 E. Weber Ave., Rm. 300 | Stockton | 95202- |
| San Luis Obispo County Grand Jury | P.O. Box 4910 | San Luis Obispo | 93403- |
| San Mateo County Grand Jury | 400 County Center | Redwood City | 94063-1655 |
| Santa Barbara County Grand Jury | 1100 Anacapa Street | Santa Barbara | 93101- |
| Santa Clara County Grand Jury | 191 N. First Street | San Jose | 95113- |
| Santa Cruz County Grand Jury | 701 Ocean Street, Room 318-I | Santa Cruz | 95060- |
| Shasta County Grand Jury | 1500 Court St., Rm. 205 | Redding | 96001-1629 |
| Sierra County Grand Jury | P.O. Box 476 | Downieville | 95936- |
| Siskiyou County Grand Jury | P.O. Box 488 | Yreka | 96097- |
| Solano County Grand Jury | 600 Union | Fairfield | 94533- |
| Sonoma County Grand Jury | P.O. Box 5109 | Santa Rosa | 95402- |
| Stanislaus County Grand Jury | P.O. Box 3387 | Modesto | 95353- |

| | | | |
|---|---|---|---|
| Sutter County Grand Jury | P. O. Box A | Yuba City | 95991- |
| Tehama County Grand Jury | P.O. Box 1061 | Red Bluff | 96080-1061 |
| Trinity County Grand Jury | P.O. Box 1117 | Weaverville | 96093-1117 |
| Tulare County Grand Jury | 5963 S. Mooney Blvd. | Visalia | 93277- |
| Tuolumne County Grand Jury | 41 W. Yaney | Sonora | 95370- |
| Ventura County Grand Jury | 800 S. Victoria Avenue, L#3751 | Ventura | 93009- |
| Yolo County Grand Jury | P.O. Box 2142 | Woodland | 95776- |
| Yuba County Grand Jury | 215 Fifth Street | Marysville | 95901- |



**Grand Jury Reports**