# IN THE UNITED STATES DISTRICT COURT DISTRICT OF SOUTH DAKOTA

AZAEL DYTHIAN PERALES et al.,

(Plaintiff's)

Vs.

Judicial Council of California et al.,

Governmental Affairs

770 L Street, Suite 1240

Sacramento, CA 95814-3368

HON. TANI CANTIL-SAKAUYE e.g.

Chief Justice of California

Chair of the Judicial Council

MARTIN HOSHINO

Administrative Director

General Advocacy Cory Jasperson e.g.,

Laura Speed e.g.

Access to Justice/Self-represented Litigants -Alan Herzfeld e.g.

Appellate Law- Daniel Pone e.g

Bench-Bar Coalition - Laura Speed e.g.

Budget - Cory Jasperson e.g.

17-5059

FILED
JUL 24 2017
[signature] CLERK

1

Andi Liebenbaum e.g.

Civil Procedure - Daniel Pone e.g.

Communications Liaison - Laura Speed e.g.

Court Closures/Service Reduction - Laura Speed e.g.

Court Facilities - Cory Jasperson e.g.

Court Interpreters - Alan Herzfeld e.g.

Court Reporters - Alan Herzfeld e.g.

Court Security - Sharon Reilly e.g.

Criminal Procedure - Sharon Reilly e.g.

Day on the Bench - Laura Speed e.g.

Employment Issues (trial court labor, court staff, retirement- Laura Speed e.g.

Family Law - Alan Herzfeld e.g.

Fiscal Impact of Legislation/Appropriations - Andi Liebenbaum e.g.

Judgeships and Subordinate Judicial Officers - Alan Herzfeld e.g.

Judicial Administration Fellowship Program - Laura Speed e.g.

Judicial Conduct - Laura Speed e.g.

Judicial Education- Laura Speed e.g.

Judicial Elections - Laura Speed e.g.

Judicial Service - Laura Speed e.g.

Jury Issues - Sharon Reilly e.g.

Daniel Pone e.g.


Juvenile Delinquency - Alan Herzfeld e.g.

Juvenile Dependency Alan Herzfeld e.g.

Probate and Mental Health Daniel Pone e.g.

Redistricting/Judicial Redistricting- Laura Speed e.g.

State Bar/Practice of Law - Daniel Pone e.g.

Traffic Law - Sharon Reilly e.g.

& Andi Liebenbaum e.g.

California Supreme Court et al.,
350 McAllister St,
Room 1295
San Francisco, CA 94102

Chief Justice Tani Gorre Cantil-Sakauye e.g.
Honorable Kathryn M. Werdegar
Honorable Ming W. Chin
Honorable Carol A. Corrigan
Honorable Goodwin H. Liu
Honorable Mariano-Florentino Cuéllar
Honorable Leondra R. Kruger


U.S. Department of the Treasury et al.,
450 Golden Gate Avenue
San Francisco, CA 94102

U.S. Department of the Treasury et al.,
200 Bush Street, Suite 101
San Francisco, CA 94104

U.S. Department of the Treasury et al.,
300 N. Los Angeles Street, Suite 4334
Los Angeles, CA 90012


DEPUTY COMMISSIONER, OPERATIONS SUPPORT
DEPARTMENT OF THE TREASURY
1800 F. Street, NW
Washington, DC 20405-0002
WASHINGTON, D.C. 20220

Gregory D. Kutz Acting Deputy Inspector General for Inspections and Evaluations
Kevin Riley, Director- Meredith McDaniel, Supervisory Auditor-
Kyle Bambrough,-Lead Auditor
Frank O'Connor, Senior Auditor
Commissioner Office of the Commissioner – Attn: Chief of Staff Chief Agency-Wide Shared Services Director, Facilities Management and Security Services Director, Office of Audit Coordination

Gregory D. Kutz, Acting Deputy Inspector General for Inspections and Evaluations Phil Shropshire, Director Heather Hill, Supervisory Evaluator Earl Charles Burney, Lead Program Analyst Gene Luevano, Senior Auditor
Commissioner C Office of the Commissioner – Attn: Chief of Staff C Deputy Commissioner for Services and Enforcement SE Director, Collection, Small Business/Self-Employed Division SE:S:C Director, Office of Audit Coordination OS:PPAC

U.S. Department Of The Treasury, Internal Revenue Service
Atlanta, GA 30308
Michael E. McKenney Deputy Inspector General for Audits
COMMISSIONER, WAGE AND INVESTMENT DIVISION


Kenneth C. Corbin, Commissioner-Wage and Investment Division
Russell P. Martin, Assistant Inspector General for Audit (Returns Processing and Account Services) Deann L. Baiza, Director Kathleen A. Hughes, Audit Manager Linda M. Valentine, Lead Auditor Tracy M. Hernandez, Senior Auditor Lance J. Welling, Information Technology Specialist (Data Analytics) Nathan J. Cabello, Auditor
Commissioner Office of the Commissioner – Attn: Chief of Staff Deputy Commissioner for Services and Enforcement Commissioner, Wage and Investment Division Director, Return Integrity and Compliance Services, Wage and Investment Division Director, Submission Processing, Wage and Investment Division Director, Office of Audit Coordination


Treasury Inspector General for Tax Administration
P.O. Box 589 Ben Franklin Station
Washington, D.C. 20044-0589


Treasury Inspector General for Tax Administration
Hotline
P.O. Box 589
Ben Franklin Station
Washington, DC 20044-0589

& All Related Defendants

(Defendants)

## Motion to Invoke Federal Rules of Civil Procedure › TITLE VIII. PROVISIONAL AND FINAL REMEDIES › Rule 65. Injunctions and Restraining Orders

(a) PRELIMINARY INJUNCTION.

4

(1) *Notice.* The court may issue a preliminary injunction only on notice to the adverse party.

(2) *Consolidating the Hearing with the Trial on the Merits.* Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing. Even when consolidation is not ordered, evidence that is received on the motion and that would be admissible at trial becomes part of the trial record and need not be repeated at trial. But the court must preserve any party's right to a jury trial.

(b) TEMPORARY RESTRAINING ORDER.

(1) *Issuing Without Notice.* The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if:

(A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and

(B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required, thank you.

Date: <u>July 20, 2017</u>    Signature _____

Name: <u>AZAEL DYTHIAN PERALES</u>
(Typed or Print)

Telephone: **(714)732-8532**    Address: <u>P.O. Box 501 Fullerton, California 92836</u>