# United States District Court
## District of South Dakota
Andrew W. Bogue Federal Building
& United States Courthouse
Office of the Clerk
515 Ninth Street, Room 302
Rapid City, SD 57701

Joseph Haas                                                                          Telephone
Clerk of Court                                                                    (605) 399-6000

July 25, 2017

Azael Dythian Perales
P.O. Box 501
Fullerton, CA 92836

Re:      17-5059; Perales v. Judicial Council of California

Dear Mr. Perales:

This is to advise you that our office received your Complaint, Civil Cover Sheet, Motion for Leave to Proceed Without Prepayment of Fees, Motion to Admit New Related Cases & Invoke 28 U.S.C. § 292(a) , Motion to Invoke Federal Rule of Civil Procedure, Petition for Writ of Mandamus and Verified Complaint for Injunctive and Declaratory Relief Preliminary Statement, and Legal Services Agreement on July 24, 2017.  A new case was opened on your behalf and assigned to Jeffrey L. Viken United States Chief Judge, along with the above-referenced case number.  Enclosed is a courtesy copy of the docket sheet for your case.

We are unable to determine the defendants by the complaint. Please use the enclosed form to list each defendant and return completed forms to the address above.

Please be advised that any future documents or correspondence you send to our office concerning your case must have the above-referenced case number listed on them.  Also, please be aware that when this office receives documents for filing, the documents are electronically scanned and the scanned documents become the new official court record.  The quality of the official court record is determined by the quality of the original documents submitted for filing.  Therefore, I strongly recommend that any writing contained in documents you submit for filing be dark enough for scanning and only be printed on one side of the paper.  All documents must be on 8 ½ x 11 inch paper.

You will receive copies of any court orders issued in your case.  It is important that you keep copies of all documents filed in your case for your own records, including documents you submit for filing.  If you request copies, you will be charged fifty cents ($0.50) per page.

Due to the large volume of cases filed in this court and the court's limited resources, the clerk's office cannot respond to inquiries regarding the status of your case.  In addition, judges, magistrate judges, the clerk of court, and our office are precluded from giving legal advice to litigants and will not respond to any such inquiries from you concerning your case.

Sincerely,

/s/ Tammy A. Ludeman

Tammy A. Ludeman
Deputy In Charge

TAL: slt
Encl.